IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION AT INDIANAPOLIS

| | |
|---|---|
| WENDY NEESE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO.: |
| | ) |
| THE UNITED STATES OF AMERICA, | ) 1:14-cv-1489 SEB-TAB |
| | ) |
| Defendant. | ) |

**COMPLAINT FOR DAMAGES**

The Plaintiff, Wendy Neese, by counsel, for her cause of action against the Defendant, the United States of America, alleges and states as follows:

**COUNT I: FEDERAL TORT CLAIM FOR THE INJURIES AND DAMAGES OF WENDY NEESE**

1. At all times relevant herein, Plaintiff, Wendy Neese, was a citizen and resident of Madison County, Indiana.

2. This action arises under Title 28 of the United States Code § 2671 et seq., more commonly known as the Federal Tort Claims Act. This Court has original jurisdiction over the claim against the Defendant, the United States Government, under Title 28 of the United States Code § 1346 (b), which states, in part:

> [T]he district courts . . . shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages, accruing on or before January 1, 1945, for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred.

3. On or about February 8, 2013, notice of Plaintiff's tort claim was given to the United States Government pursuant to and as required by Title 28, Section 2675, of the United States Code. *See* Exhibit "A" attached, Standard Form 95 and cover letter.

4. On February 25, 2013, representatives of the United States Government acknowledged receipt of Plaintiff's tort claim, requesting additional documentation. *See* Exhibit "B" attached.

5. On August 26, 2013, representatives of the United States Government denied Plaintiff's claim. *See* Exhibit "C" attached.

6. On February 24, 2014, Plaintiff submitted her Request for Reconsideration, pursuant to 28 C.F.R. §14.9. *See* Exhibit "D" attached.

7. On March 12, 2014, representatives of the Unites States Government issued a final denial of Plaintiff's tort claim. *See* Exhibit "E" attached.

8. At all times relevant herein, Mathew D. Taylor, P.A. ("PA Taylor"), was an agent and/or employee of the United States of America through his service at Northern Madison County Community Health Center (the "Center"), a qualified federal health provider operated under the Public Health Service Act (42 U.S.C. § 233). The Center is located in Madison County, Indiana.

9. At all times relevant herein, James A. Hartenbach, M.D. ("Dr. Hartenbach"), was an agent and/or employee of the United States of America through his service at the Center, a qualified federal health provider operated under the Public Health Service Act (42 U.S.C. § 233).

10. On or about December 15, 2010, Ms. Neese sought treatment from St. Vincent emergency department physicians and staff for itching and a skin rash located on her face, neck, trunk and upper extremities.

11. On February 8, 2011, a chest X-ray was performed at St. Vincent, and was interpreted as showing "no active infiltrate." The X-ray report noted a "calcification in the right infrahilar regions suggests a calcified lymph node."

12. On or about March 30, 2011, Ms. Neese sought treatment at the Center from PA Taylor for a rash and itching. Her weight was recorded as 171 pounds, down from 183 pounds in August of 2010. PA Taylor described the rash as "multiple small excoriation noted on extremities and trunk. No drainage noted."

13. On or about April 5, 2011, Ms. Neese sought treatment from St. Vincent emergency department physicians and staff, including Dr. Gatewood, for itching and rash since February.

14. On or about **April 7, 2011**, Ms. Neese sought treatment from PA Taylor at the Center for rash that she reported had not gotten better. PA Taylor documented that the rash had been occurring for 2 months.

15. On or about **April 21, 2011**, Ms. Neese again sought treatment at the Center from PA Taylor for itching and rash, meds not working. She also complained of insomnia, breathlessness, palpitations, personality change, and sweating.

16. On or about April 29, 2011, Ms. Neese sought treatment from Dr. Hartenbach at the Center for rash. Dr. Hartenbach documented "itchy, diffuse x2 months."

17. On or about May 4, 2011, Ms. Neese again sought treatment from Dr. Hartenbach at the Center for her rash, not improving with medication. Dr. Hartenbach planned to refer Ms. Neese to dermatology.

18. On or about May 16, 2011, Ms. Neese sought care and treatment from dermatologist, Dr. Swofford, for "rash scattered on entire body" present 3 months, and complaints of itchy rash.

19. On or about May 19, 2011, Ms. Neese called Dr. Swofford's office to report feet swelling and itching worse after medication prescribed on May 16, 2011. Dr. Swofford changed Ms. Neese's prescription.

20. On or about May 20, 2011, Ms. Neese returned to PA Taylor with complaints of a vaginal yeast infection, anxiety, breathlessness, insomnia, migraine, palpitations, personality change and sweating. PA Taylor documented the continued presence of Ms. Neese's rash, unchanged since his most recent assessment.

21. On or about May 31, 2011, Ms. Neese returned to PA Taylor at the Center for a medication refill. PA Taylor again documented the continued presence of Ms. Neese's rash, unchanged since his most recent assessment. Ms. Neese's weight at that visit was 162 pounds, down from 170 pounds on May 20, 2011.

22. On or about June 14, 2011, Ms. Neese sought treatment from St. Vincent emergency department physicians and staff, including Dr. Nwabuko, for worsening skin rash. Ms. Neese reported that the rash was itchy, painful, and burning. She also reported that she had been seen by a dermatologist and that she had been prescribed multiple medications in an attempt to treat her rash.

23. On or about June 15, 2011, Ms. Neese saw PA Taylor at the Center for a gynecologic exam. Ms. Neese reported to PA Taylor that she was forced to visit St. Vincent's emergency department on the previous evening due to the severity of her rash. PA Taylor documented his assessment of Ms. Neese's rash, unchanged since his most recent assessment.

24. On June 16, 2011, Ms. Neese again sought treatment for her rash from Dr. Swofford. She reported to Dr. Swofford that she had been seen at the St. Vincent emergency department and that the medications prescribed had been of no help to her. Dr. Swofford biopsied three areas of Ms. Neese's skin.

25. On or about June 29, 2011, Ms. Neese saw PA Taylor at the Center for follow up, medication refills. PA Taylor documented his assessment of Ms. Neese's rash, unchanged since his most recent assessment.

26. On or about July 22, 2011, PA Taylor documented that lab results from blood work drawn July 20, 2011 showed thrombocytopenia. He documented, "Pt may need to be tested for HIV."

27. On or about July 26, 2011, Ms. Neese again sought treatment from St. Vincent emergency department physicians and staff, including Dr. Nwabuko, for skin rash since February that was constantly and repetitiously itching all over. Ms. Neese reported that no medications had helped the rash, which Dr. Nwabuko documented as diffuse.

28. On or about July 29, 2011, Ms. Neese saw PA Taylor at the Center for medication refills. Ms. Neese's weight at that visit was 154 pounds, down from 162 pounds on May 31, 2011. PA Taylor documented his assessment of Ms. Neese's rash, unchanged since his most recent assessment. No follow up concerning her abnormal lab values was documented.

29. From approximately July 29, 2011 to September 12, 2011, Ms. Neese returned to the Center on multiple occasions for continued medical care concerning her rash, anxiety, weight loss and other symptoms.

30. On September 23, 2011, Ms. Neese had a cervical MRI due to back and neck pain. The report states, "There is an incidental note of a lesion within the right lobe of the thyroid measuring 11 X 16 X 15 mm." With respect to that lesion, the Impression section of the report states, "Right thyroid nodule measuring 16 mm. Please correlate with thyroid ultrasound."

31. PA Taylor ultimately referred Ms. Neese to a pulmonologist and an ENT.

32. Ms. Neese was thereafter diagnosed with Stage IV Hodgkin's Lymphoma, the most advanced stage of the cancer. She was treated with chemotherapy, and for a short period of time, was thought to be in remission.

33. In the fall of 2012, Ms. Neese experienced relapse, and chemotherapy treatment over a period of several months was again initiated. Ms. Neese also underwent removal of a lymph node.

34. A bone marrow transplant was performed in April 2013, and to date, there have been no signs of cancer replase.

35. The medical care rendered by Defendant, United States of America, through these agents, employees, and physicians, to Plaintiff, Wendy Neese, was negligent and below the appropriate standard of care in one (1) or more of the following respects:

   a. Failure to appropriately and adequately assess and treat Ms. Neese;

   b. Failure to appreciate the significance of Ms. Neese's symptoms, including her persistent and incessant itching and rash unrelieved by myriad treatment efforts, her unintentional weight loss, her insomnia, her sweating, and her thrombocytopenia;

   c. Failure to recommend appropriate health care management;

   d. Failure to timely refer Ms. Neese to an appropriate specialist or specialists;

   e. Failure to recommend appropriate follow up care, including imaging studies; and

   f. Failure to timely and appropriately diagnose Ms. Neese's Hodgkin's Lymphoma.

36. As a direct and proximate result of the above-described negligence of the Defendant, the Plaintiff, Wendy Neese, developed a progression of Hodgkin's lymphoma which, by the time of her diagnosis, had advanced to Stage IV.

37. As a further direct and proximate result, Ms. Neese suffered an increased risk of harm and/or a loss of chance of recovery, decreased prospects for future health and

longevity, has incurred substantial hospital and medical expenses, has endured pain and emotional suffering, and will continue to incur such damages in the future.

WHEREFORE, the Plaintiff, Wendy Neese, prays for damages against the Defendant, the United States of America, in a fair and reasonable amount which will fully and fairly compensate the Plaintiff for her injuries, for the costs of this action, for interest as allowed by law, and for all other relief just and proper in the premises.

                              Respectfully submitted,

                              WILSON KEHOE WININGHAM, LLC

                              D. Bruce Kehoe
                              Bar Number: 5410-49
                              Wilson Kehoe Winingham LLC
                              2859 North Meridian Street
                              Indianapolis, IN 46208
                              TEL: (317) 920-6400
                              FAX: (317) 920-6405
                              E-MAIL: kehoe@wkw.com
                              *Attorney for Plaintiff*